IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-139-DCK

| | |
|---|---|
| ANGELA SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CELLCO PARTNERSHIP d/b/a ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' joint "Motion To Stay Discovery, Mediation And Dispositive Motion Deadlines" (Document No. 28), filed October 22, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having fully considered the record, the motion, and applicable authority, the undersigned will grant the motion.

The parties propose that in the interest of judicial efficiency case deadlines in this matter should be stayed until the Court rules on Defendant's pending "Motion To Dismiss Second Amended Complaint" (Document No. 23). In this instance, the undersigned agrees.

**IT IS, THEREFORE, ORDERED** that the parties' joint "Motion To Stay Discovery, Mediation And Dispositive Motion Deadlines" (Document No. 28) is **GRANTED**. The Court will issue revised case deadlines after ruling on the "Motion To Dismiss Second Amended Complaint" (Document No. 23).

**SO ORDERED**.

Signed: October 22, 2010

_____
David C. Keesler
United States Magistrate Judge