IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-139-DCK

| | |
|---|---|
| ANGELA SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CELLCO PARTNERSHIP, d/b/a ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Protective Order" (Document No. 43) filed July 12, 2011. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Defendant's motion requests that the Court issue an Order protecting it from further discovery on Plaintiff's wrongful discharge claim, cancelling the deposition of Teri Lassiter scheduled for July 20, 2011, and awarding Defendant costs and fees. Under the circumstances, the undersigned finds that an expedited briefing schedule on the pending motion is appropriate.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a response to Defendant's "Motion For Protective Order" (Document No. 43) on or before **12:00 p.m., July 15, 2011**, and Defendant shall file a reply brief on or before **12:00 p.m., July 18, 2011**

Signed: July 13, 2011

David C. Keesler
United States Magistrate Judge