IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-139-DCK

| | |
|---|---|
| ANGELA SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CELLCO PARTNERSHIP, d/b/a ) | |
| VERIZON WIRELESS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of the status of this case is appropriate.

On December 13, 2011, the undersigned issued an "Order" setting the trial of this matter for the civil term beginning May 7, 2012. (Document No. 64). Defendant's "Motion For Summary Judgment" (Document No. 65) was filed on January 6, 2012, and became ripe for review on or about February 28, 2012. Based on the Court's pending review of the dispositive motion, as well as other scheduling concerns of the Court, the undersigned will reschedule the trial of this matter.

**IT IS, THEREFORE, ORDERED** that the trial of this matter, if necessary, will be held during the undersigned's civil term beginning on **July 30, 2012**.

Signed: March 19, 2012

David C. Keesler
United States Magistrate Judge