# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Angela Spain ,

    Plaintiff(s),

vs.

Cellco Partnership ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-00139-DCK

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/26/2012 Order and Stipulation of Dismissal entered on 8/26/2010

Signed: September 26, 2012

Frank G. Johns, Clerk
United States District Court